IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRIAN KREITZER, et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>CYPRESS SEMICONDUCTOR CORP., et al.,<br><br>      Defendants.<br>_____/ | No. C 07-0969 CW<br><br>ORDER DENYING DEFENDANTS' MOTION TO CHANGE TIME |

    Defendants Toshiba America Electronic Components, Inc., Hynix Semiconductor America, Inc., Renesas Technology America Inc., Hitachi America, Ltd., Mitsubishi Electric & Electronics USA, Inc., NEC Electronics America, Inc. and Samsung Semiconductor, Inc. move to change time pursuant to Local Rule 6-3.  Plaintiffs oppose the motion, noting that Defendants have not made any efforts to meet and confer with them in order to obtain a stipulation to the time change as required by Local Rule 6-3(a)(3).  Defendants' motion to change time is DENIED without prejudice to refiling after the parties have met and conferred regarding the proposed time change.

    IT IS SO ORDERED.

Dated:  3/27/07

                                        CLAUDIA WILKEN<br>                                        United States District Judge